UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 09-cr-78-01-JL

<u>Tanya Sullivan</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                     Joseph N. Laplante
                                                   United States District Judge

Date: June 23, 2009


cc:  Jonathan Saxe, Esq.
      Alfred Rubega, Esq.
      U.S. Marshal
      U.S. Probation